**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHENG GUO, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | Case No.: 1:19-cv-05667-AMD-RML |
| RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and TOP CAPITAL PARTNERS LIMITED, | Hon. Ann M. Donnelly |
| Defendants. | |
| XIAOHAI YAN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | Case No.: 2:19-cv-06162-SJF-SIL |
| RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, and XIAOCAO XU, | Hon. Sandra J. Feuerstein |
| Defendants. | |

**NOTICE OF MOTION OF WEIMING ZHOU FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Weiming Zhou ("Movant") respectfully moves this Court for an order: (1) consolidating the above-captioned related actions (the "Actions"); (2) appointing Movant as lead plaintiff pursuant to Section 27 of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (3) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks consolidation of the Actions, appointment as lead plaintiff, and approval of his choice of counsel pursuant to the Securities Act of 1933, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of Gregory M. Nespole in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

Dated: December 6, 2019                                  Respectfully Submitted,

                                                         **LEVI & KORSINSKY, LLP**

                                                         By: /s/ *Gregory M. Nespole*
                                                         Gregory M. Nespole (GN-6820)
                                                         55 Broadway, 10th Floor
                                                         New York, NY 10006
                                                         Tel: (212) 363-7500
                                                         Fax: (212) 363-7171
                                                         Email: gnespole@zlk.com

                                                         *Lead Counsel for Movant and [Proposed]*
                                                         *Lead Counsel for the Class*