UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENG GUO, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and TOP CAPITAL PARTNERS LIMITED,<br><br>     Defendants. | Case No.: 1:19-cv-05667-AMD-RML<br><br>Hon. Ann M. Donnelly |
| XIAOHAI YAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, and XIAOCAO XU,<br><br>     Defendants. | Case No.: 2:19-cv-06162-SJF-SIL<br><br>Hon. Sandra J. Feuerstein |

**DECLARATION OF GREGORY M. NESPOLE IN SUPPORT OF WEIMING ZHOU'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Gregory M. Nespole, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.  I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"),

counsel for lead plaintiff movant Weiming Zhou ("Movant") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's motion for consolidation of the above-captioned actions (the "Actions"), appointment as lead plaintiff, and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certification signed by Movant attesting to his acquisition of Ruhnn Holding Limited ("Ruhnn") securities;

Exhibit B:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Ruhnn securities;

Exhibit C:    Press Release published October 7, 2019, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Guo v. Ruhnn Holding Limited et al.*, Case No. 1:19-cv-05667-AMD-RML.

Exhibit D:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 6, 2019                        Respectfully Submitted,

                                               **LEVI & KORSINSKY, LLP**

                                               By: /s/ *Gregory M. Nespole*
                                               Gregory M. Nespole (GN-6820)
                                               55 Broadway, 10th Floor
                                               New York, NY 10006
                                               Tel: (212) 363-7500
                                               Fax: (212) 363-7171
                                               Email: gnespole@zlk.com

                                               *Lead Counsel for Movant and [Proposed]*
                                               *Lead Counsel for the Class*

2