**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENG GUO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC AND TOP CAPITAL PARTNERS LIMITED,<br><br>Defendants. | **CASE No.: 1:19-cv-05667-AMD-RML**<br><br>**NOTICE OF MOTION OF CHENG GUO TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |
| XIAOHAI YAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, and XIAOCAO XU,<br><br>Defendants. | **CASE No.: 2:19-cv-06162-SJF-SIL**<br><br><u>**CLASS ACTION**</u> |

1

**PLEASE TAKE NOTICE** that pursuant to Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and Fed. R. Civ. P. 42, Plaintiff Cheng Guo ("Movant") hereby moves this Court, the Honorable Ann M. Donnelly, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

(a)     consolidating the related actions;

(b)     appointing Movant to serve as Lead Plaintiff in this action; and

(c)     approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated December 6, 2019 (and exhibits); and (ii) a [Proposed] Order, Consolidating Related Actions, Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: December 6, 2019                    Respectfully submitted,

                                                  **THE ROSEN LAW FIRM, P.A.**

                                                  /s/ Phillip Kim
                                                  Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 6, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>