# EXHIBIT 3

**Ruhnn Holding Limited Loss Chart**
**Pursuant and/or Traceable to the Initial Public Offering on April 3, 2019**

**Closing Price on**
**10/7/2019**

| Name | Date | Purchase/Sale | Shares | Price per share | Total | $6.84 |
|---|---|---|---|---|---|---|
| Cheng Guo | 4/3/2019 | Purchase | 500 | ($11.82) | ($5,910.00) | |
| | 4/3/2019 | Purchase | 100 | ($11.50) | ($1,150.00) | |
| | 4/3/2019 | Purchase | 200 | ($11.50) | ($2,300.00) | |
| | 9/12/2019 | Purchase | 231 | ($6.79) | ($1,568.49) | |
| | 9/12/2019 | Purchase | 172 | ($7.64) | ($1,314.08) | |
| | 10/1/2019 | Purchase | 200 | ($7.23) | ($1,446.00) | |
| | 10/1/2019 | Purchase | 357 | ($6.99) | ($2,495.43) | |
| | 4/3/2019 | Sale | 100 | $10.59 | $1,059.00 | |
| | 4/3/2019 | Sale | 100 | $10.46 | $1,046.00 | |
| | 4/3/2019 | Sale | 100 | $10.06 | $1,006.00 | |
| | 4/3/2019 | Sale | 100 | $10.05 | $1,005.00 | |
| | 4/3/2019 | Sale | 100 | $10.09 | $1,009.00 | |
| | 4/3/2019 | Sale | 100 | $10.20 | $1,020.00 | |
| | 4/3/2019 | Sale | 100 | $10.33 | $1,033.00 | |
| | 4/3/2019 | Sale | 100 | $10.32 | $1,032.00 | |
| | 8/15/2019 | Sale | 1,000 | $4.55 | $4,550.00 | |
| **TOTAL:** | | | | | **($3,424.00)** | |