# EXHIBIT 4

## DECLARATION OF CHENG GUO

I, Cheng Guo, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this Declaration in support of my Lead Plaintiff motion.

2.      I live in California. I am a college graduate and earned a masters' degree. I've been investing for over three years.

3.      I learned of the a potential case after reading about it on the internet and viewing various notices issued by a number of law firms. After reviewing such notices and law firm websites and consulting with counsel, I ultimately decided to move forward and file the initial complaint in this action with The Rosen Law Firm P.A.

4.      Prior to agreeing to be a lead plaintiff, I was aware of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys. I am committed to prosecuting this action to maximize the recovery for all Ruhnn Holding Limited investors.

5.      I believe The Rosen Law Firm, P.A is qualified to serve as Lead Counsel based on my research of the firm, their experience, and communications with me.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on _____  12/4/2019

DocuSigned by:

_____
6F981855262F498...
Cheng Guo

1