**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHENG GUO, Individually and On Behalf of All Others Similarly Situated, | No.: 1:19-cv-05667-AMD-RML |
| Plaintiff, | NOTICE OF MOTION OF XIAOHAI YAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL |
| v. | |
| RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and TOP CAPITAL PARTNERS LIMITED, | |
| Defendants. | |
| XIAOHAI YAN, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiff, | No.: 2:19-cv-06162-SJF-SIL |
| v. | |
| RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, and XIAOCAO XU, | |
| Defendants. | |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Xiaohai Yan ("Yan"), by and through his counsel, will

and does hereby move this Court, pursuant to Section 27(a)(3) of the Securities Act of 1933, 15

U.S.C. § 77z-1(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, and Fed R. Civ. P. 42, for the entry of an Order: (1) consolidating the above-captioned actions; (2) appointing Yan as Lead Plaintiff on behalf of all persons or entities who purchased Ruhnn Holding Limited American Depositary Shares ("ADSs") pursuant and/or traceable to its April 3, 2019 initial public offering; and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  December 6, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*