**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHENG GUO, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) | No.: 1:19-cv-05667-AMD-RML |
| Plaintiff, ) ) ) | DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF XIAOHAI YAN FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL |
| v. ) ) ) | |
| RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and TOP CAPITAL PARTNERS LIMITED, ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) ) ) | |
| XIAOHAI YAN, Individually and On Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) ) | No.: 2:19-cv-06162-SJF-SIL |
| v. ) ) ) | |
| RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, and XIAOCAO XU, ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on

behalf of Xiaohai Yan ("Yan"), and have personal knowledge of the facts set forth herein.  I make

this Declaration in support of Yan's motion for consolidation of the above-captioned actions, appointment as Lead Plaintiff for the Class, and approval of Yan's selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Press release published over *Business Wire* on October 7, 2019, announcing the pendency of the first-filed of the above-captioned actions;

Exhibit B:    Shareholder Certification of Yan;

Exhibit C:    Loss Chart of Yan; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 6, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman