# Exhibit A



# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Ruhnn Holding Limited – RUHN

October 07, 2019 09:50 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Ruhnn Holding Limited (NASDAQ: RUHN) pursuant and/or traceable to the registration statement and related prospectus (collectively, the "Registration Statement") issued in connection with Ruhnn's April 3, 2019 initial public stock offering (the "IPO" or the "Offering"). The lawsuit seeks to recover damages for Sundial investors under the federal securities laws.

To join the Ruhnn class action, go to http://www.rosenlegal.com/cases-register-1686.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, the Registration Statement contained false and/or misleading statements and/or failed to disclose that: (1) at the time of the IPO, the number of Ruhnn's online stores had declined by nearly 40%; (2) at the time of the IPO, the number of Ruhnn's full-service Key Opinion Leaders had declined by nearly 44%; (3) as a result, the Company's net revenues derived from its full-service segment had declined by 46% on a sequential basis; and (3) as a result, defendants' statements about Ruhnn's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than December 6, 2019. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1686.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com


Social Media Profiles

Rosen Law Firm on Twitter

Rosen Law Firm on LinkedIn

/