# Exhibit B

**Ruhnn Holding Limited (RUHN)**
**Class Period: Pursuant and/or Traceable to April 3, 2019 IPO**
**IPO Price: $12.50/share**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 10/7/2019 Close Price* $6.8400 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yan, Xiaohai | 4/3/2019 | 141 | $12.5000 | ($1,763) | | | | | 141 | 141 | $964 | ($798) |

*Damages were calculated for shares retained through the Corrective Disclosure that were purchased in or traceable to the IPO by subtracting:
i) the higher of the closing price the suit was filed ($6.84 on October 7, 2019) and the sale price from,
ii) the lower of the purchase price and the IPO price ($12.50).