**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHENG GUO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and TOP CAPITAL PARTNERS LIMITED,<br><br>Defendants. | Case No.: 1:19-cv-05667-AMD-RML<br><br>Hon. Ann M. Donnelly |
| XIAOHAI YAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, and XIAOCAO XU,<br><br>Defendants. | Case No.: 2:19-cv-06162-SJF-SIL<br><br>Hon. Sandra J. Feuerstein |

**NOTICE OF NON-OPPOSITION TO MOTION OF WEIMING ZHOU'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

Movant Weiming Zhou ("Mr. Zhou" or "Movant") respectfully submits this Notice of Non-

Opposition regarding his pending Motion which seeks consolidation of the above-captioned actions

(the "Actions"), appointment as lead plaintiff, and approval of his selection of Levi & Korsinsky, LLP as Lead Counsel.

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), any party seeking appointment as lead plaintiff in the Actions were required to so move this Court on or before December 6, 2019.  On December 6, 2019, Mr. Zhou timely filed his motion for consolidation of the Actions, appointment as lead plaintiff, and for approval of his selection of Levi & Korsinsky, LLP as Lead Counsel. *See* ECF No. 5.  Two other movants, Cheng Guo ("Guo") and Xiaohai Yan ("Yan"), filed similar motions for lead plaintiff. *See* ECF Nos. 8, 10.  On December 11, 2019, Yan filed a notice that he does not oppose the appointment of the other competing movants. On December 18, 2019, Guo withdrew his motion for appointment as lead plaintiff. Accordingly, Mr. Zhou's motion is unopposed.

Based on the facts presented above and on the factual and legal reasons presented in his Motion, Mr. Zhou respectfully requests that the Court issue an Order pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. §77z-1a)(3)(B), as amended by the PSLRA: (1) consolidating the Actions; (2) appointing him as Lead Plaintiff on behalf of all persons who purchased American Depositary Shares ("ADSs") pursuant and/or traceable to Ruhnn Holding Limited's April 3, 2019 initial public offering; (3) approving his selection of Levi & Korsinsky, LLP as lead counsel; and (4) granting such other and further relief as the Court may deem just and proper.

Dated:  December 20, 2019

**LEVI & KORSINSKY, LLP**

*/s/ Gregory M. Nespole*
Gregory M. Nespole (GN-6820)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: gnespole@zlk.com

*Lead Counsel for Movant and [Proposed] Lead Counsel for the Class*