UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENG GUO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHEN LI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC and TOP CAPITAL PARTNERS LIMITED,<br><br>                    Defendants. | Case 1:19-cv-05667<br><br>Class Action<br><br>Hon. Ann M. Donnelly<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY OF ACTION** |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on September 18, 2019, Plaintiff Jianming Lyu, individually and on behalf of all others similarly situated, filed a Class Action Complaint for violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 in the Supreme Court of the State of New York County of New York captioned *Jianming Lyu, Individually and on Behalf of All Others Similarly Situated v. Ruhnn Holding Limited, Min Feng, Lei Sun, Chao Shen, Zhenbo Chi, Ke Cheng, Shek Yuen Ting, Fengchun Jin, Shangzhen Li, Zhenxing Shao, Pen Hung Tung, Junhong Qi, Xiaocao Xu, Citigroup Global Markets Inc., UBS Securities LLC and Top Capital Partners Limited*, Index No. 655420/2019 (the "State Action");

WHEREAS, on October 7, 2019, Plaintiff Cheng Guo, individually and on behalf of all others similarly situated, filed a Class Action Complaint for violations of Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 in this Court captioned *Cheng Guo, Individually and On Behalf*

*of All Others Similarly Situated v. Ruhnn Holding Limited, Min Feng, Lei Sun, Chao Shen, Zhenbo Chi, Ke Cheng, Shek Yuen Ting, Fengchun Jin, Shangzhen Li, Zhenxing Shao, Pen Hung Tung, Junhong Qi, Xiaocao Xu, Citigroup Global Markets Inc., UBS Securities LLC and Top Capital Partners Limited*, Case No. 1:19-cv-05667 (the "Guo Action");

WHEREAS, on October 31, 2019, Plaintiff Xiaohai Yan, individually and on behalf of all other similarly situated, filed a Class Action Complaint for violations of Sections 11 and 15 of the Securities Act of 1933 in this Court captioned *Xiaohai Yan, Individually and On Behalf of All Others Similarly Situated v. Ruhnn Holding Limited, Min Feng, Lei Sun, Chao Shen, Zhenbo Chi, Ke Cheng, Shek Yuen Ting, Fengchun Jin, Shangzhen Li, Zhenxing Shao, Pen Hung Tung, Junhong Qi, and Xiaocao Xu*, Case No. 1:19-cv-06162 (the "Yan Action" and collectively with the Guo Action, the "Federal Action");

WHEREAS, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4, et seq. ("PSLRA"), governs the Federal Action;

WHEREAS, the PSLRA provides for consolidation of any later-filed related actions and the appointment of a lead plaintiff and lead counsel, after a 60-day notice period expires following the publication of notice alerting of the filing of an initial securities class action.  See 15 U.S.C. §77z-1(a)(3);

WHEREAS, on December 6, 2019, several motions to consolidate the Guo and Yan Actions and appoint Lead Plaintiff were filed in this Court;

WHEREAS, on January 11, 2020, the Guo and Yan Actions were consolidated, Weiming Zhou was appointed Lead Plaintiff, and Levi & Korsinsky LLP was approved as Lead Counsel;

WHEREAS, on January 13, 2020, Ruhnn Holding Limited and Xiaocao Xu (collectively, "Ruhnn Defendants") and Citigroup Global Markets Inc. and UBS Securities LLC (collectively,

3

"Underwriter Defendants," and together with the Ruhnn Defendants, "Defendants") completed briefing on their motion to dismiss in the State Action;

WHEREAS, a hearing on the motion to dismiss is scheduled for March 4, 2020 in the State Action;

WHEREAS, based upon the relatedness of the State Action and the Federal Action, and to avoid the unnecessary expenditure of judicial resources, Plaintiffs and Defendants (collectively, the "Parties") have agreed to stay the Federal Action pending resolution of the motion to dismiss in the State Action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of this Court, as follows:

1.    Attorneys for Ruhnn Defendants hereby accept service of process of the summons and complaint filed in the Federal Action on behalf of Ruhnn Defendants, without waiver of and reserving all defenses other than sufficiency of service of process;

2.    Attorneys for Underwriter Defendants hereby accept service of process of the summons and complaint filed in the Guo Action on behalf of the Underwriter Defendants, without waiver of and reserving all defenses other than sufficiency of service of process;

3.    Plaintiffs dismiss without prejudice all claims against TOP Capital Partners Limited;

4.    All proceedings and deadlines in the Federal Action, including the filing of pleadings, motion practice, and any discovery, shall be stayed until final judgment in the State Action, as the stay will promote the efficient and orderly administration of justice by coordinating the Federal Action with the State Action;

5.     If there is an issue in the State Action upon which the court makes a finding while the stay is in effect, the Parties agree to treat that holding in the State Action as made in and binding in the Federal Action, without waiver of and subject to any rights of appeal or to seek reconsideration; and

6.     During the pendency of this stay, Defendants shall advise Plaintiffs of any mediation with the plaintiff(s) in the State Action and endeavor in good faith to include Plaintiffs in any such mediation.

Dated: February 3, 2020
       New York, New York

**PLAINTIFF WEIMING ZHOU**

By: _Gregory Nespole_  /S.H._
Gregory Nespole, Esq.
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
gnespole@zlk.com

*Lead Counsel for the Class*

**DEFENDANTS RUHNN HOLDING LIMITED AND XIAOCAO XU**

By: _George Wang_  /S.H._
George S. Wang
Shannon K. McGovern
Eamonn W. Campbell
Stephanie L. Hon
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave
New York, NY 10017
Telephone: (212) 455-2228
Facsimile: (212) 455-2502
gwang@stblaw.com

*Attorneys for Ruhnn Holding Limited and Xiaocao Xu*

**DEFENDANTS CITIGROUP GLOBAL MARKETS INC.
AND UBS SECURITIES LLC**

By: _Scott Musoff_  /S.H._
Jay B. Kasner
Scott D. Musoff
Mollie M. Kornreich

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (917) 777-7852
jay.kasner@skadden.com
scott.musoff@skadden.com
mollie.kornreich@skadden.com

*Attorneys for Citigroup Global Markets Inc.
and UBS Securities LLC*

6

SO ORDERED.

Dated: _____, 2020

By: _____
       The Honorable Ann M. Donnelly
       U.S.D.J.