UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHENG GUO, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> v.<br><br>RUHNN HOLDING LIMITED, MIN FENG, LEI SUN, CHAO SHEN, ZHENBO CHI, KE CHENG, SHEK YUEN TING, FENGCHUN JIN, SHANGZHENLI, ZHENXING SHAO, PEN HUNG TUNG, JUNHONG QI, XIAOCAO XU, CITIGROUP GLOBAL MARKETS INC., UBS SECURITIES LLC, and TOP CAPITAL PARTNERS LIMITED,<br><br>      Defendants. | Case 1:19-cv-05667-AMD-RML<br><br>Class Action<br><br>Hon. Ann M. Donnelly |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Weiming Zhou and Defendants Ruhnn Holding Limited, Xiaocao Xu, Citigroup Global Markets Inc. and UBS Securities LLC ("Defendants") hereby stipulate and agree to dismiss this action without prejudice, with each side to bear its own costs.

By: */s/ Gregory Nespole*
Gregory Nespole, Esq.
LEVI & KORSINSKY, LLP
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
gnespole@zlk.com

*Lead Counsel for the Class*

By: */s/ George S. Wang*
George S. Wang
Bryan Jin
Eamonn W. Campbell
Stephanie L. Hon
SIMPSON THACHER & BARTLETT LLP
425 Lexington Ave
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
gwang@stblaw.com

*Attorneys for Ruhnn Holding Limited and Xiaocao Xu*

By: <u>*/s/ Scott D. Musoff*</u>
Jay B. Kasner
Scott D. Musoff
Mollie M. Kornreich
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
jay.kasner@skadden.com
scott.musoff@skadden.com
mollie.kornreich@skadden.com

*Attorneys for Citigroup Global Markets Inc. and UBS Securities LLC*